**Ambrose MITCHELL, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 99–16689.

D.C. No. CV–97–01915–PGR/MS.

United States Court of Appeals, Ninth Circuit.

Submitted June 6, 2001 *.

Decided June 15, 2001.

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERGUSON, and HAWKINS, Circuit Judges.

MEMORANDUM **

The district court properly granted summary judgment to the defendant. Mitchell did not come forward with any evidence showing that prison officials violated their own regulations. Although the prison may have been obligated to lock the doors between the Navajo Unit and the rest of the prison, the regulations do not require the prison to lock the doors within the Navajo Unit, the unit in which all of Mitchell's assailants were housed. The decision not to lock the door between the two sides of the Navajo Unit accordingly falls within the discretion of prison officials, *see generally Calderon v. United States*, 123 F.3d

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

947 (7th Cir.1997), and, as the district court properly found, the discretionary function exception to the Federal Tort Claims Act bars this suit.

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.